IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NATANAEL ESCARCEGA,

    Plaintiff,

vs.                                             No. CV 17-00335 KG/JHR

CORRECTIONS COMPANY OF AMERICA
(CORE CIVIC) N.M.D.O.C. CENTURIAN L.L.C.,
and ANY AN ALL WHO ARE EMPLOYED
BY THEM,

    Defendants.

## JUDGMENT

THIS MATTER came before the Court under 28 U.S.C. § 1915A, 28 U.S.C. § 1915(e)(2)(B), and Fed. R. Civ. P. 12(b)(6) on the Complaint for Violation of Civil Rights filed by Plaintiff Natanael Escarcega (Doc. 1) and the Court having entered its Memorandum Opinion and Final Order of Dismissal, dismissing the Complaint with prejudice for failure to state a claim for relief,

IT IS ORDERED that Judgment is entered against Plaintiff Natanael Escarcega and the Complaint for Violation of Civil Rights filed by Plaintiff Escarcega on March 13, 2017 (Doc. 1), and all claims and causes of action, are dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE